**O**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT DUNSTAN DICKENSON, IV, | CASE NO. CV 09-01048 DOC (RZ) |
| Petitioner, | |
| | JUDGMENT |
| vs. | |
| JAMES A. YATES, WARDEN, | |
| Respondent. | |

This matter came before the Court on the Petition of ROBERT DUNSTAN DICKENSON, IV, for a writ of habeas corpus. Having reviewed the Petition and supporting papers and having accepted the findings and recommendation of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed with prejudice.

DATED: October 20, 2009

_David O. Carter_
DAVID O. CARTER
UNITED STATES DISTRICT JUDGE